UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL ASHBY, an individual; <br><br> PLAINTIFF, <br><br> v. <br><br> JEB PROPERTIES, INC., a California Corporation, and others to be joined under Rule 19 of Federal Rules of Civil Procedures <br><br> DEFENDANTS. | CASE NO: 2:18-cv-07883-PSG-(JCx) <br><br> ORDER ON ENTRY OF STIPULATED PROTECTIVE ORDER |

The Court having reviewed the [proposed] Amended Stipulated Protective Order between Plaintiff RUSSELL ASHBY and Defendants JEB PROPERTIES, INC., et al., and FOR GOOD CAUSE SHOWN, HEREBY ORDERS that the parties' Amended Stipulated Protective Order is APPROVED as requested.

IT IS SO ORDERED.

DATED: June 5, 2019

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE